# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 01-1988

_____

Laquita Wynn,                       *
                                *
        Appellant,         *
                                *   Appeal from the United States
     v.                     *   District Court for the Western
                                *   District of Missouri.
Gateway 2000, Inc.,         *
a Delaware Corporation,    *   [UNPUBLISHED]
                                *
        Appellee.          *

_____

Submitted: August 24, 2001
Filed: September 10, 2001

_____

Before WOLLMAN, Chief Judge, MORRIS SHEPPARD ARNOLD, and BYE,
Circuit Judges.

_____

PER CURIAM.

Laquita Wynn brought a 42 U.S.C. § 1981 action against her employer in August 2000. She then failed to comply with two orders of the district court,[1] the first directing her to file a proposed scheduling order, and the second ordering her to show cause why she had not done so; she also failed to serve the complaint on the defendant. In March 2001, the district court dismissed the action with prejudice under Federal Rule of Civil

---

[1] The Honorable Dean Whipple, Chief Judge, United States District Court for the Western District of Missouri.

Procedure 41(b).  Wynn appeals, arguing that dismissal with prejudice was unwarranted.

Given Wynn's complete failure to prosecute, we find no abuse of discretion in the dismissal of the complaint with prejudice.  See Rodgers v. Curators of Univ. of Mo., 135 F.3d 1216, 1219 (8th Cir. 1998) (standard of review).  Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.